

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
Post Office Box 25670
Raleigh, North Carolina 27611

Phone: (919) 645-1700
Fax:    (919) 645-1750

Peter A. Moore, Jr.
Clerk of Court

December 11, 2024

Elizabeth B. Hilker
Elliot Morgan Parsonage, PLLC
300 E. Kingston Avenue, Suite 200
Charlotte, NC 28203
*Attorney for Plaintiff*

**Re:** *SECOND* **Notice to Counsel Regarding Removal of Case to Eastern District of North Carolina 7:24-cv-1009-D-KS, Locklear v. Robeson Community College**

Dear Counsel of Record:

On October 31, 2024, a Notice of Removal was filed in the above-referenced action.

Local Civil Rule 5.3 governs removals of cases to the Eastern District North Carolina. Pursuant to this rule, within 14 days after removal you are required to file either a notice of appearance, a notice of substitution of counsel, or a motion to withdraw. Additionally, you must file a disclosure statement in accordance with Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3. You also should consult Local Civil Rule 5.3 to determine the applicable response deadlines for any motions filed in state court prior to removal.

Unless otherwise authorized by the court, all documents submitted for filing shall be filed electronically using the Case Management/ Electronic Case Filing System (CM/ECF). Information regarding CM/ECF and guidance in obtaining training and a user log-in and password are available on the court's website, www.nced.uscourts.gov.

If you require additional information, please contact the clerk's office at (919) 645-1700.

Sincerely,

PETER A. MOORE, JR., CLERK

_____
By: Stephanie Mann, Deputy Clerk