IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:24-cv-01009

| | |
|---|---|
| RUDY LOCKLEAR,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBESON COMMUNITY<br>COLLEGE,<br><br>　　　　　　Defendant. | **DEFENDANT'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS** |

NOW COMES Defendant Robeson Community College, through counsel, and moves to dismiss, in part, Plaintiff's Complaint. Defendant respectfully requests that Plaintiff's claims for Title VII national origin and race discrimination, § 1981 race discrimination, Title VII and § 1981 hostile work environment, Title VII and § 1981 retaliation; and wrongful termination in violation of North Carolina public policy (Claims 2-6) be dismissed *with prejudice* and that the Court enter Partial Judgment on the Pleadings in favor of Defendant pursuant to Rule 12(c) of the Federal Rules of Civil Procedure based on the following grounds:

1. Plaintiff's Title VII National Origin Discrimination claim (Claim 5) should be dismissed for failure to exhaust administrative remedies.

2. Plaintiff's Title VII and § 1981 claims for Race Discrimination, Hostile Work Environment, and Retaliation, as well as Plaintiff's claim for Wrongful Termination in Violation of North Carolina Public Policy (Claims 2-6) should be dismissed for failure to state a claim upon which relief can be granted.

WHEREFORE, Defendant Robeson Community College prays that Plaintiff's claims for National Origin Discrimination under Title VII; Race Discrimination under Title VII and § 1981; Hostile Work Environment under Title VII and § 1981; Retaliation under Title VII and § 1981; and Wrongful Termination in Violation of North Carolina Public Policy be dismissed *with prejudice* and that the Court enter Judgement on the Pleadings in favor of Defendant pursuant to Rule 12(c).

This the 6th day of February, 2025.

                              **HARTZOG LAW GROUP**

                              /s/ *Katie Weaver Hartzog*
                              KATIE WEAVER HARTZOG
                              N.C. State Bar No. 32989
                              E-mail: khartzog@hartzoglawgroup.com
                              2626 Glenwood Avenue, Suite 305
                              Raleigh, NC 27608
                              Telephone: 919-670-0338
                              Fax: 919-714-4635
                              *Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2025, I electronically filed the foregoing *Partial Motion for Judgment on the Pleadings* with the Clerk of Court using the CM/ECF system, which will effect service on all registered users:

Elizabeth B. Hilker
Elliot Morgan Parsonage, PLLC
300 E. Kingston Avenue, Suite 200
Charlotte, NC 28203
ehilker@emplawfirm.com
*Attorney for Plaintiff*

This the 6th day of February, 2025.

**HARTZOG LAW GROUP LLP**

/s/ *Katie Weaver Hartzog*
KATIE WEAVER HARTZOG
N.C. State Bar No. 32989
E-mail: khartzog@hartzoglawgroup.com
2626 Glenwood Avenue, Suite 305
Raleigh, NC 27608
Telephone: 919-670-0338
Fax: 919-714-4635
*Attorneys for Defendant*